STATE OF CONNECTICUT *v.* RONALD HABICH

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 161, is denied.

*G. Douglas Nash,* assistant public defender, in support of the petition.

*Vincent J. Dooley,* deputy assistant state's attorney, in opposition.

Decided October 14, 1988

STATE OF CONNECTICUT *v.* MICHAEL J. MARSALA

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 519, is denied.

*Richard Emanuel* and *Burton M. Weinstein,* in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided October 14, 1988

STATE OF CONNECTICUT *v.* WILFREDO MAISONET

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 89, is denied.

*John R. Williams,* in support of the petition.

*Leah Hawley,* deputy assistant state's attorney, in opposition.

Decided October 14, 1988